UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE:                            )      CASE NO: 05-56777-399
                                  )
DEBORAH SMITH                     )
                                  )      CHAPTER 13
JAMES E SMITH JR                  )
                                  )
                  DEBTOR(S)       )


LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

       COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


GATEWAY AMBULANCE SERVICE
1530 FAIRVIEW AVE                     $             6.56

ST LOUIS MO
496130              63132


                                  /s/ John V. LaBarge, Jr.
                                  -----------------------------------
DATE: June 30, 2010               JOHN V. LABARGE, JR.,
                                  CHAPTER 13 TRUSTEE
                                  P.O. Box 430908
                                  St. Louis, MO 63143
XC -091                           (314) 781-8100   trust33@ch13stl.com